PAUL J. FISHMAN
United States Attorney

Jeremy A. Linden
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-2473
jeremy.linden@ssa.gov

RECEIVED

FEB 15 2011

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------- x
FRANCIS PICONE,                                     :
                                                    :
                    Plaintiff,                      :     **UNITED STATES DISTRICT COURT**
                                                    :     **DISTRICT OF NEW JERSEY**
            v.                                      :
                                                    :     Hon. Anne E. Thompson
                                                    :
                                                    :     Civil Action No. 10-4397
MICHAEL J. ASTRUE,                                  :
COMMISSIONER OF                                     :     **CONSENT ORDER TO REMAND**
SOCIAL SECURITY,                                    :     **PURSUANT TO SENTENCE 4 OF**
                                                    :     **42 U.S.C. § 405(g)**
                    Defendant.                      :
---------------------------------------------------- x

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey, and Jeremy A. Linden, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken with regard to Plaintiff's August 18, 2005 application for Title II Disability Insurance Benefits under the Social Security Act; and Plaintiff, through the undersigned attorney, having

consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this ___15th___ day of __February__, 2011;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

                               Hon. Anne E. Thompson, Judge
                               United States District Court

The undersigned hereby consent to the form and entry of the within order.

PAUL J. FISHMAN
United States Attorney

By:    /s/ Jeremy A. Linden
        Jeremy A. Linden
        Special Assistant U.S. Attorney
        Attorney for Defendant

Insler & Hermann, LLP
One University Plaza Drive, Suite 8
Hackensack, New Jersey 07601

By:
        Gabriel Hermann, Esq.
        Attorney for Plaintiff